AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CARLOS CID | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 18-9284 |
| J. T. AUTO BODY SHOP, INC. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**J. T. Auto & Body Shop, INC.:** *404 Manida Street, Bronx, N.Y. 10474*

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: *Law Offices of Marc E. Bengualid, PLLC, 330 West 38th Street, suite 305, New York, NY 10018*
*Attention: Marc E. Bengualid, Esq.*

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              *CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*