UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Cid,

        Plaintiff,

—v—

J.T. Auto & Body Shop, Inc.,

        Defendant.

18-CV-9284 (AJN) (RWL)

ORDER

FEB 2 4 2020

ALISON J. NATHAN, District Judge:

The Court hereby amends its order of February 21, 2020 as follows. The Court notes that in the pre-judgment interest table on page 18 on the Report and Recommendation ("R & R"), the amount of overtime for 2014 should be $1,262 as opposed to $1,202. The $1,262 number is consistent with Judge Lehrburger's calculations on page 9 of the R & R. Likewise, the total amount for 2014 in the same table should be $1,382 as opposed to $1,322. For the reasons set forth in its February 21, 2020 order, the Court continues to adopt the R & R in all other respects.

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1