USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Carlos Cid,

                Plaintiff,                18 **CIVIL** 9284 (AJN) (RWL)

      -against-                           **JUDGMENT**

J.T. Auto & Body Shop, Inc.,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated February 20, 2020 and February 21, 2020, Objections to Judge Lehrburger's R & R were due by February 13, 2020; as the date of the Order, no objections have been filed; the Court thus reviews the R & R for clear error and finds none; the Court therefore adopts the R&R in its entirety and awards Plaintiff damage, fees, costs, and interest in the amount of $45,325, in addition to prejudgment interest on unpaid wages, on the grounds described by Judge Lehrburger's R& R, using the median-date method at a rate of 9% to the date of entry of the total wages of $11,910 as follows: 2014, $1,382 from 9/7/2014 in the amount of $680.51; 2015, $2,261 from 7/1/2015 in the amount of $947.76; 2016, $2,267 from 7/1/2016 in the amount of $745.69; and 2018, $6,000 from 4/10/2018 in the amount of $1,014.90, for a total sum of interest in the amount of $3,388.86 for the total amount of Judgment of $48,713.86; accordingly, this case is closed.

**Dated:** New York, New York
          February 25, 2020

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                    BY:
                                                  **Deputy Clerk**

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON 2/25/2020